# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CHAPTER 13 PLAN

Debtor(s): James A. Campion and Michelle E. Campion        Case No: 9:14-bk-14272-FMD
Chapter 13 Plan

**CHECK ONE:**

\_\_X\_\_ The Debtor* certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_\_\_\_\_ The Plan contains provisions that are specific to this Plan in <u>Additional Provisions, paragraph 8(e) below</u>. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

1. **MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of sixty (60) months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

   A. $2,310.00 for months 1 through 60;

in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE**: $4,100.00   **TOTAL PAID:** $1,500.00

**Balance Due** $2,600.00 **Payable Through Plan** $500.00 **Monthly**

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]**:

| Name of Creditor | Total Claim |
|---|---|
| Internal Revenue Service | UNKNOWN |

4. **TRUSTEE FEES**: Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS**:

---

* All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| NONE | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| NONE | | |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimate Amount |
|---|---|---|
| NONE | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment | Interest @ ____% |
|---|---|---|---|---|
| NONE | | | | |

(E) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ ____% |
|---|---|---|---|---|
| NONE | | | | |

(F) **Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| Chrysler Financial/TD Auto | 2013 Jeep Wrangler | $619.00 | $2,789.44 |
| Ford Motor Credit | 2014 Ford Fusion | $525.00 | $1,050.00 |
| World Omni Financial | 2013 Toyota FJ Cruiser | $646.00 | $2,584.00 |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Freedom Road Financial | 2011 Ducati 1198 SP |
| American Honda Finance | 2007 HPS Jet Ski |

(H) **Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

(I) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| PHH Mortgage Service Center | 32 Fenway Lane, East Longmeadow, MA 01028 |

### 6. LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| Cathy J. Rose | 11932 Princess Grace Court, Cape Coral, FL 33991 | ASSUME | NONE |
| Jeffrey Martin | 32 Fenway Lane, East Longmeadow, MA 01028 | ASSUME | NONE |

### 7. GENERAL UNSECURED CREDITORS:
General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is based on a pro-rata basis.

### 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) \_\_\_X\_\_\_ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:
The Debtors will pay their Student Loans directly outside of their Chapter 13 Plan.

_____

_____

_/s/ James A. Campion_  Dated: 01-09-15
Debtor

_/s/ Michelle Campion_  Dated 01-09-15
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Chapter 13 Plan has been served electronically or by regular U.S. mail to US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206; the Debtors James A. Campion and Michelle E. Campion, 11942 Princess Grace Court, Cape Coral, FL 33991; and to all creditors on the mailing matrix this 9th day of January, 2015.

MARTIN LAW FIRM, P.L.,
By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:14-bk-14272-FMD<br>Middle District of Florida<br>Ft. Myers<br>Fri Jan  9 17:11:54 EST 2015 | PHH Mortgage Corporation<br>Shapiro, Fishman, & Gache, LLP<br>C/O Ella Roberts<br>4630 Woodland Corporate Boulevard<br>Suite 100<br>Tampa, FL 33614-2429 | TD Auto Finance LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 |
| United States Trustee - FTM7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Amca<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | AmeriPath<br>PO Box 830913<br>Birmingham, AL 35283-0913 |
| American Collection Systems<br>PO Box 1968<br>Southgate, MI 48195-0968 | American Eagle GECRB<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Applied Card Bank<br>Attention: Bankruptcy<br>Po Box 17125<br>Wilmington, DE 19850-7125 | Bank of America<br>4060 Ogletown<br>Newark, DE 19713 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)LEE MEMORIAL HEALTH SYSTEM<br>ATTN ANGELA TAYLOR<br>224 SANTA BARBARA BLVD<br>CAPE CORAL FL 33991-2038 | Capital One<br>P.O. Box 105131<br>Atlanta, GA 30348-5131 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cathy Rose<br>2029 Colgate Circle<br>Forest Hill, MD 21050-1357 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | CitiBank, N.A.<br>PO Box 790110<br>Saint Louis, MO 63179-0110 | Citibank<br>Attn: Centralized Bcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comcast<br>PO Box 413018<br>Naples, FL 34101 | Comenity Bank Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 |
| Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |

```
Department of the Trsury              Discover Bank                         (p)DISCOVER FINANCIAL SERVICES LLC
Internal Revenue Service              DB Servicing Corporation              PO BOX 3025
Philadelphia, PA 19154                PO Box 3025                           NEW ALBANY OH 43054-3025
                                      New Albany, OH  43054-3025


Discover Fin Svcs Llc                 Express/Comenity Bank                 (p)CITIBANK
Po Box 15316                          Attention: Bankruptcy Dept            PO BOX 790034
Wilmington, DE 19850-5316             Po Box 182686                         ST LOUIS MO 63179-0034
                                      Columbus, OH 43218-2686


Exxon Mobil                           (p)FORD MOTOR CREDIT COMPANY          Freedom Road Financial
PO Box 6404                           P O BOX 62180                         10509 Professional Cir S
Sioux Falls, SD 57117-6404            COLORADO SPRINGS CO 80962-2180        Reno, NV 89521-5864


FreedomRoad Financial c/o Capital Recovery-9   GECRB/Care Credit            GECRB/Gap
PO Box 29426                          Attn: bankruptcy                      Attn: Bankruptcy
Phoenix, AZ 85038-9426                Po Box 103104                         Po Box 103104
                                      Roswell, GA 30076-9104                Roswell, GA 30076-9104


HSBC                                  (p)INTERNAL REVENUE SERVICE           Internal Revenue Service
PO Box 60167                          CENTRALIZED INSOLVENCY OPERATIONS     Attn: CIO
City Of Industry, CA 91716-0167       PO BOX 7346                           PO Box 7346
                                      PHILADELPHIA PA 19101-7346            Philadelphia, PA 19101-7346


Internal Revenue Service              Jeffrey Martin                        Kay Jewelers
P.O. Box 7346                         32 Fenway Lane                        PO Box 3680
Philadelphia, PA 19101-7346           East Longmeadow, MA 01028-1487        Akron, OH 44309-3680


Kohls                                 Kohls/capone                          Liberty Mutual
Attn: Recovery                        N56 W 17000 Ridgewood Dr              c/o Credit Collections Svcs
Po Box 3120                           Menomonee Falls, WI 53051-7096        Two Wells Avenue
Milwaukee, WI 53201-3120                                                    Newton Center, MA 02459-3225


Lowes                                 Massachusetts Dept. of Rev.           Merrick Bk
P.O. Box 981064                       PO Box 7010                           Attn: Bankruptcy
El Paso, TX 79998-1064                Boston, MA 02204-7010                 P.O. Box 9201
                                                                            Old Bethpage, NY 11804-9001


Midland Credt Mgt                     Mortgage Service Center               NE Moves Mortgage, LLC
8875 Aero Drive                       Attn: Bankruptcy Dept                 PO Box 5452
Suite 200                             Po Box 5452                           Mount Laurel, NJ 08054-5452
San Diego, CA 92123-2255              Mt Laurel, NJ 08054-5452


Navient                               Navient                               Navient Solutions, Inc. on behalf of
Po Box 9500                           Po Box 9655                           Florida Department of Education
Wilkes Barre, PA 18773-9500           Wilkes Barre, PA 18773-9655           Office of Student Financial Assistance
                                                                            (OSFA)
                                                                            325 West Gaines Street, Suite 1314
                                                                            Tallahassee, FL 32399-6533
```

| | | |
|---|---|---|
| Nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | PHH Mortgage<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | PHH Mortgage<br>c/o Korde & Associates, PC<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 |
| Paypal<br>4125 Winward Plaza<br>Alpharetta, GA 30005-8738 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 |
| RADIOLOGY REGIONAL CENTER<br>C/O PAC<br>14410 METROPOLIS AVENUE<br>FORT MYERS, FL 33912-4341 | Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 | SE Toyota<br>PO box 991817<br>Mobile, AL 36691-8817 |
| Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4355 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 | Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 |
| Sallie Mae Guarantee Service<br>PO Box 9570<br>Wilkes Barre, PA 18773-9570 | Southern Techincal College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 | Syncrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 |
| TD Auto Finance<br>PO box 16035<br>Lewiston, ME 04243-9517 | TD Auto Finance LLC<br>Bert Echols, Esq.<br>EVANS PETREE PC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 | TD BANK USA, N.A.<br>C O Weinstein, Pinson, And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 |
| TD Bank<br>3701 WayZata Blvd<br>Minneapolis, MN 55416-3401 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| US Department of Education<br>PO Box 530260<br>Atlanta, GA 30353-0260 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 |
| Weisfield Jewelers<br>Sterling Jewelers, Inc.<br>Attn: Bankrutpcy<br>PO Box 1799<br>Akron, OH 44309-1799 | World Omni Financial<br>Po Box 91614<br>Mobile, AL 36691-1614 | Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 |
| James Allen Campion<br>11942 Princess Grace Court<br>Cape Coral, FL 33991-7535 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Michelle Elizabeth Campion<br>11942 Princess Grace Court<br>Cape Coral, FL 33991-7535 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
1220 Old Alpharetta Road
Alpharetta, GA 30005

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6444

Bank of America
Consumer Credit
NC4-105-03-69
4161 Piedmont Parkway
Greensboro, NC 27410

(d)Bk Of Amer
Po Box 982235
El Paso, TX 79998

Cape Coral Hospital
PO Box 150107
Cape Coral, FL 33915

Chrysler Financial
TD Auto Finance
Attn: Bankruptcy
PO Box 551080
Jacksonville, FL 32255

Discover Card
PO Box 30943
Salt Lake City, UT 84130

Exxmblciti
Attn.: Centralized Bcy
Po Box 20507
Kansas City, MO 64195

Ford Motor Credit
Attn: Bankrutpcy
Po Box 6275
Dearborn, MI 48121

Internal Revenue Service
5045 E Butler Ave.
Fresno, CA 93888

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    89
Bypassed recipients     0
Total                  89