FILED VIA MAIL

FEB 23 2015

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Case No. 14-14272-FMD
Chapter 13

Debtor(s)
_____/

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Effective this date, the Debtor(s) whose signature appears below hereby gives notice of their change of address as follows:

OLD ADDRESS:

11942 Princess Grace Ct
Cape Coral, Fl 33991

(Debtor)

11942 Princess Grace Ct
Cape Coral, Fl 33991

(Joint Debtor)

*****************************************************************

NEW ADDRESS:

Mailing Address →
PO Box 152045
Cape Coral Fl 33915

Do not send mail →
2905 NW 13th St
Cape Coral Fl 33993

(Telephone Number)

/s/ James Campion
SIGNATURE OF DEBTOR
DATE: 2/18/15

PO Box 152045
Cape Coral Fl 33915

2905 NW 13th St
Cape Coral Fl 33993

(Telephone Number)

/s/ Michelle Ca[mpion]
SIGNATURE OF JOINT DEBTOR
DATE: 2/18/15

Case 9:14-bk-14272-FMD   Doc 26   Filed 02/23/15   Page 2 of 2

Finance & Operations Manager
Kimberley A. Sawdy

System & Facility Manager
Troy Carrell

**JON M. WAAGE**

Standing Chapter 13 Trustee
Middle District of Florida
Tampa/Fort Myers Divisions

Chapter 13 Staff Attorneys
Kimberly R. McIntyre
Michael E. Cecil
Sarah K. Olsen
Allison D. Thompson

Date: 2-10-15

Debtor(s): James + Michelle Champion

Case No. 14-14272 FMD

Re: Return mail/address change

We have recently received returned mail from the post office, which has a different address than the address we are showing on our records. Please sign and send the enclosed copy of the notice of address change to the court at **United States Bankruptcy Court 801 N Florida Ave, Suite 727, Tampa, FL 33602-3899** to ensure that you are receiving all important documentation pertaining to your case.

Sincerely,

The Office of Jon M. Waage, Trustee

Enclosure

Mail payments to: P. O. Box 260, Memphis, TN 38101-0260
Correspondence address: P. O. Box 25001, Bradenton, FL 34206-5001
Telephone (941) 747-4644    Toll Free 1-800-248-2075    Facsimile (941) 750-9266
Trustee Website: www.tampa13.com/