UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

James A. Campion  Case No. 9:14-bk-14272-FMD

Michelle E. Campion,  Chapter 13

Debtor(s)

_____/

**ORDER GRANTING DEBTORS' MOTION TO REIMPOSE AUTOMATIC STAY**

THIS CAUSE came on for hearing on February 12, 2015, on the Debtors' Motion to Reimpose the Automatic Stay (Doc. No. 18), and the Court being otherwise duly advised in the premises, accordingly it is **ORDERED:**

1. The Debtors' Motion to Reimpose the Automatic Stay is **GRANTED**.

2. The Automatic Stay is is reimposed as to the following secured creditors which the Debtors are proposing to pay through their Chapter 13 Plan: (1) Chrysler Financial/TD Auto; (2) Ford Motor Credit; and (3) World Omni Financial.

**DONE** and **ORDERED** in Chambers at Fort Myers, Florida, on February 24, 2015.

Caryl E. Delano
United States Bankruptcy Judge

Attorney Martin Law Firm, P.L. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.