## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:
James A. Campion
and
Michelle E. Campion
    Debtor(s).
_____/

Case No.: 9:14-bk-14272-FMD
Chapter 13

## DEBTORS' MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE AND FOR ATTORNEY'S FEES AND EXPENSES

**COME NOW**, James A. Campion and Michelle E. Campion (the "Debtors") by and through the undersigned counsel and hereby file this Motion for Reconsideration of Order Dismissing Chapter 13 Case. As grounds therefore Debtors allege:

1. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 8, 2014.

2. The Debtors next Confirmation Hearing is Scheduled for May 21, 2015.

3. The Debtors fell behind on their monthly payments pursuant to the confirmed Chapter 13 Plan and the Trustee has filed a Motion to Dismiss for Failure to Make Plan Payments to Trustee (Doc. No. 21).

4. On March 13, 2015, the Court issued an Order Dismissing Confirmed Chapter 13 Case (Doc. No. 33).

5. The Debtors recently changed residences which caused them to suffer from unexpected moving expenses. The Debtors no longer anticipate these expenses, and reasonably believe that they can catch up with the outstanding balance of their Chapter 13 Plan by the end of May 2015.

6. The Debtors are gainfully employed and believe that they can successfully complete their Chapter 13 bankruptcy. The Debtors are requesting the Court to reinstate the instant Chapter

13 case.

7. The Debtors' attorney asks to be awarded attorney's fees as an administrative expense as a result of filing this motion in the amount of $300.00 if no hearing is set on this Motion or $400.00 if the hearing is required. The additional costs and expenses associated with service and mailing of this Motion, Notice of Hearing and Order are expected to be $249.00.

WHEREFORE, Debtors respectfully request that the Court enter an order:

(a) granting Debtors' Motion for Reconsideration of Order Dismissing Chapter 13 Case and for Attorney's Fees and Expenses; (b) reinstating the instant Chapter 13 case; (c) granting such other and further relief as the Court deems appropriate.

Respectfully Submitted on March 26, 2015

> MARTIN LAW FIRM, P.L.,
> By /s/ Eviana J. Martin
>   Eviana J. Martin
>   Florida Bar Number 36198
>
> 3701 Del Prado Boulevard S.
> Cape Coral, Florida 33904
> (239) 443-1094 (Telephone)
> (239) 443-1168 (Facsimile)
> eviana.martin@martinlawfirm.com
>
> *Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2015, a true and correct copy of the foregoing Debtors' Motion for Reconsideration of Order Dismissing Chapter 13 Case and for Attorney's Fees have been furnished **electronically** to:

U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602;
Jon Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206;

**Via regular First Class U.S. Mail to**:
James and Michelle Champion, PO Box 150245; and all the creditors on the attached mailing matrix.

MARTIN LAW FIRM, P.L.,
By /s/ Eviana J. Martin
  Eviana J. Martin
  Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@martinlawfirm.com

*Attorneys for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:14-bk-14272-FMD<br>Middle District of Florida<br>Ft. Myers<br>Wed Mar 25 12:47:15 EDT 2015 | JH Portfolio Debt Equities LLC c/o JD Receiv<br>P O Box 382656<br>Germantown, TN 38183-2656 | PHH Mortgage Corporation<br>Shapiro, Fishman, & Gache, LLP<br>C/O Ella Roberts<br>4630 Woodland Corporate Boulevard<br>Suite 100<br>Tampa, FL 33614-2429 |
| PHH Mortgage Corporation<br>c/o Steven G. Powrozek<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | TD Auto Finance LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 | United States Trustee - FTM7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| World Omni<br>Tripp Scott P.A.<br>James B Flanigan, Esq<br>c/o 110 SE 6 St, 15 Floor<br>Fort Lauderdale, FL 33301-5004 | Amca<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | AmeriPath<br>PO Box 830913<br>Birmingham, AL 35283-0913 |
| American Collection Systems<br>PO Box 1968<br>Southgate, MI 48195-0968 | American Eagle GECRB<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Applied Card Bank<br>Attention: Bankruptcy<br>Po Box 17125<br>Wilmington, DE 19850-7125 |
| Bank of America<br>4060 Ogletown<br>Newark, DE 19713 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| (p)LEE MEMORIAL HEALTH SYSTEM<br>ATTN ANGELA TAYLOR<br>224 SANTA BARBARA BLVD<br>CAPE CORAL FL 33991-2038 | Capital One<br>P.O. Box 105131<br>Atlanta, GA 30348-5131 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cathy Rose<br>2029 Colgate Circle<br>Forest Hill, MD 21050-1357 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | CitiBank, N.A.<br>PO Box 790110<br>Saint Louis, MO 63179-0110 |

| | | |
|---|---|---|
| Citibank<br>Attn: Centralized Bcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Comcast<br>PO Box 413018<br>Naples, FL 34101 | Comenity Bank Express<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Department of the Trsury<br>Internal Revenue Service<br>Philadelphia, PA 19154 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Express/Comenity Bank<br>Attention: Bankruptcy Dept<br>Po Box 182686<br>Columbus, OH 43218-2686 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Exxon Mobil<br>PO Box 6404<br>Sioux Falls, SD 57117-6404 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | FreedomRoad Financial c/o Capital Recovery-9<br>PO Box 29426<br>Phoenix, AZ 85038-9426 | GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Gap<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | HSBC<br>PO Box 60167<br>City Of Industry, CA 91716-0167 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Attn: CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JH Portfolio Debt Equities LLC<br>JD Receivables LLC<br>P. O. Box 382656<br>Germantown, TN 38183-2656 |
| Jeffrey Martin<br>32 Fenway Lane<br>East Longmeadow, MA 01028-1487 | Kay Jewelers<br>PO Box 3680<br>Akron, OH 44309-3680 | Kohls<br>Attn:  Recovery<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Liberty Mutual<br>c/o Credit Collections Svcs<br>Two Wells Avenue<br>Newton Center, MA 02459-3225 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |

| | | |
|---|---|---|
| Massachusetts Dept. of Rev.<br>PO Box 7010<br>Boston, MA 02204-7010 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credt Mgt<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 |
| Mortgage Service Center<br>Attn: Bankruptcy Dept<br>Po Box 5452<br>Mt Laurel, NJ 08054-5452 | NE Moves Mortgage, LLC<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, Inc. on behalf of<br>Florida Department of Education<br>Office of Student Financial Assistance<br>(OSFA)<br>325 West Gaines Street, Suite 1314<br>Tallahassee, FL 32399-6533 |
| Nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | PHH Mortgage<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | PHH Mortgage<br>c/o Korde & Associates, PC<br>321 Billerica Road, Ste 210<br>Chelmsford, MA 01824-4100 |
| PHH Mortgage Corporation<br>c/o Ella Roberts<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Paypal<br>4125 Winward Plaza<br>Alpharetta, GA 30005-8738 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RADIOLOGY REGIONAL CENTER<br>C/O PAC<br>14410 METROPOLIS AVENUE<br>FORT MYERS, FL 33912-4341 | Radiology Regional Center<br>3660 Broadway<br>Fort Myers, FL 33901-8005 |
| SE Toyota<br>PO box 991817<br>Mobile, AL 36691-8817 | Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4355 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 |
| Sallie Mae<br>PO Box 9532<br>Wilkes Barre, PA 18773-9532 | Sallie Mae Guarantee Service<br>PO Box 9570<br>Wilkes Barre, PA 18773-9570 | Southern Techincal College<br>3910 Riga Blvd<br>Tampa, FL 33619-1344 |
| Syncrony Bank<br>c/o Portfolio Recovery<br>PO Box 4115<br>Crockett, CA 94525 | TD Auto Finance<br>PO box 16035<br>Lewiston, ME 04243-9517 | TD Auto Finance LLC<br>Bert Echols, Esq.<br>EVANS PETREE PC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 |

| | | |
|---|---|---|
| TD BANK USA, N.A.<br>C O Weinstein, Pinson, And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 | TD Bank<br>3701 WayZata Blvd<br>Minneapolis, MN 55416-3401 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Department of Education<br>PO Box 530260<br>Atlanta, GA 30353-0260 |
| Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Weisfield Jewelers<br>Sterling Jewelers, Inc.<br>Attn: Bankrutpcy<br>PO Box 1799<br>Akron, OH 44309-1799 |
| World Omni Financial<br>Po Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial Corp<br>c/o James B, Flanigan, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | eCAST Settlement Corporation, assignee<br>of Citibank, N.A.<br>POB 29262<br>New York, NY 10087-9262 |
| Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7171 | James Allen Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Michelle Elizabeth Campion<br>PO Box 152045<br>Cape Coral, FL 33915-2045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6444 | Bank of America<br>Consumer Credit<br>NC4-105-03-69<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 |
| (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Cape Coral Hospital<br>PO Box 150107<br>Cape Coral, FL 33915 | Chrysler Financial<br>TD Auto Finance<br>Attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255 |
| Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 | Exxmblciti<br>Attn.: Centralized Bcy<br>Po Box 20507<br>Kansas City, MO 64195 | Ford Motor Credit<br>Attn: Bankrutpcy<br>Po Box 6275<br>Dearborn, MI 48121 |

(d)Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit MI 48255-0953

Internal Revenue Service
5045 E Butler Ave.
Fresno, CA 93888

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)World Omni Financial Corp.
c/o James B. Flanigan, Esquire
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004

End of Label Matrix
Mailable recipients    105
Bypassed recipients      1
Total                  106