

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/23/2015 02:15 PM

COURTROOM Room 4-117

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:14-bk-14272-FMD | 13 | 12/08/2014 |

Chapter 13

**DEBTOR:** James Campion

Michelle Campion

**DEBTOR ATTY:** Eviana Martin

**TRUSTEE:** Jon Waage

**HEARING:**

Cont. Motion for Reconsideration of Dismissal Filed by Eviana J. Martin on behalf of Debtor James Allen Campion, Joint Debtor Michelle Elizabeth Campion; Doc #35

**APPEARANCES:**: Kimberly McInty,re Jonathan Bierfeld

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Cont. Motion for Reconsideration of Dismissal Filed by Eviana J. Martin on behalf of Debtor James Allen Campion, Joint Debtor Michelle Elizabeth Campion; Doc #35-   Withdrawn in Open Court by Mr. Bierfeld
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.